[No. 60005-2-I.   Division One.   August 25, 2008.]

CHARLES SHADLE ET AL., *Respondents*, v. KAILASH
DEVELOPMENT, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-10006-7, Richard J. Thorpe, J., entered April 20, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Lau, J.

[No. 36085-3-II.   Division Two.   August 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY STEVEN
MCCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00601-6, Richard L. Brosey, J., entered March 22, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36373-9-II.   Division Two.   August 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E.
MANNING, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00410-8, James B. Sawyer II, J., entered May 21, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36723-8-II.   Division Two.   August 26, 2008.]

A.O. ET AL., *Appellants*, v. PUGET SOUND SOCIAL SERVICES
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-13693-1, Bryan E. Chushcoff, J., entered August 10, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.